# United States District Court
# For The Western District of North Carolina
# Asheville Division

JOHN LEWIS WRAY, JR.,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

vs.                                                 1:10-cv-298-RJC

R. DAVID MITCHELL, et al.,

    Defendants.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 02/28/2012 Order.

                                                      Signed: February 28, 2012

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court